### CITY OF FESTUS, Plaintiff/Respondent,

v.

### Mark A. PRATT, Defendant/Appellant.

### No. 74814.

Missouri Court of Appeals, Eastern District, Division Four.

May 4, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 3, 1999.

Application for Transfer Denied Aug. 24, 1999.

Robert J. Reinhold, St. Louis, for appellant.

William C. Dodson, Hillsboro, for respondent.

Before MARY K. HOFF, P.J., GARY M. GAERTNER, J., and RHODES RUSSELL, J.

### ORDER

PER CURIAM.

Mark A. Pratt appeals the judgment entered on a jury verdict finding him guilty of interfering with, hindering, or obstructing a police officer in the enforcement of the city code in violation of Section 18–29 of the Revised Ordinances of the City of Festus.

No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).